**Order filed January 23, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00249-CV
_____

**JUDITH KING, INDIVIDUALLY AND AS HEIR TO KENNETH KING, DECEASED, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE OWNERS OF ACCREDITED MORTGAGE LOAN TRUST 2004-4 ASSET BACKED NOTES BY ITS ATTORNEY-IN-FACT, SELECT PORTFOLIO SERVICING, INC.,** Appellees

---

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 402647-403**

---

## O R D E R

On June 8, 2017, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-33478. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed June 20, 2017. The parties failed to advise this court of the bankruptcy court action.

Unless any party to the appeal files, by **February 12, 2020**, a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.